UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-04174-MCS-AGR | Date July 24, 2025 |
| Title *Deckers Outdoor Corporation v. Costco Wholesale Corporation* | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: MOTION TO DISMISS (ECF NO. 19)

Defendant Costco Wholesale Corporation filed a motion to dismiss Plaintiff Decker Outdoor Corporation's complaint. (Mot., ECF No. 19.) The Court deems the motion appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

After Defendant filed the motion, Plaintiff filed an amended complaint as a matter of course. (FAC, ECF No. 23); *see* Fed. R. Civ. P. 15(a)(1). Accordingly, the motion is denied as moot. *See, e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) ("[A]fter amendment the original pleading no longer performs any function and is treated thereafter as non-existent . . . ." (internal quotation marks omitted)); *Andreatta v. Eldorado Resorts Corp.*, 214 F. Supp. 3d 943, 949 n.1 (D. Nev. 2016) (denying as moot motion to dismiss complaint subsequently amended as a matter of course).

**IT IS SO ORDERED.**