# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20200101161606/https://www.ugg.com/womens-slippers/tasman-slipper/5955.html?dwvar_5955_color=CHE



Women's

# TASMAN SLIPPER

★★★★★ (2071 Reviews)

$100

or 4 Interest-Free Payments of **$25.00** with **QUADPAY**

Get an UGG Blanket for $30 when you spend $175 or more.

**Selected Color: CHESTNUT**

Size ⌄

**PLEASE SELECT A SIZE**

— Free Shipping. Free Returns.* —

UGG POINTS

## Details

*Model: 5955*

A slipper for all occasions, our best-selling Tasman features the same light, durable outsole as our Classic boot, so you can wear it both indoors and out. Lined with plush natural wool, it's crafted from soft suede with an embroidered braid and easy slip-on silhouette. Pair with boyfriend jeans and a knit sweater.

This product was made in a factory that supports women in our supply chain with the help of HERproject, a collaborative initiative that creates partnerships with brands like ours to empower and educate women in the workplace.

- Suede upper
- UGG® Tasman braid embroidery
- 17mm sheepskin lining
- 17mm UGGpure™ wool insole
- Treadlite by UGG™ outsole for comfort
- Polyester binding
- Heat-embossed UGG® logo
- RN 88276 view more

## Reviews

Write a Review

# REVIEW SNAPSHOT 

**4.8**

3552 Reviews

Write a Review

**98%** of respondents would recommend this to a friend

| 5 Stars | 3041 |
| 4 Stars | 383 |
| 3 Stars | 75 |
| 2 Stars | 23 |
| 1 Star | 30 |

**Sizing**
Feels full size too small — Feels full size too big

**Width**
Feels too narrow — Feels too wide

Best Uses ▾   Describe Yourself ▾   Gender ▾   Sizing ▾   View On Shoes ▾   Width ▾   Sizing ▾
Width ▾

[Enter Search Terms]

Most Recent ▾     All Variants ▾

---

**5   Love them**

Very comfortable

More Details ▾

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?   👍 0   👎 0     Flag this review

**Submitted** 11 months ago
**By** Lee
**From** Pa
✓ Verified Buyer

---

**5   I recommend these slippers.**

**Comments about Tasman Slipper**
These slippers are just the perfect house slippers or even out side slippers. Super comfortable and cute.

More Details ▾

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?   👍 0   👎 0     Flag this review

**Submitted** 11 months ago
**By** Sierra Lake
**From** New Castle De

---

**4   Love the Look....**

**Comments about Tasman Slipper**
....But they weren't super comfortable so I ultimately ended up getting rid of them. Like I said I love the look but they soles are hard. My other ugg slippers are more cushioned, but these are more work friendly.

**Submitted** 11 months ago
**By** Kate by the ocean
**From** LI, NY

**More Details** ⌄

**Bottom Line** No, I would not recommend to a friend

Was this review helpful to you?   👍 0   👎 0   Flag this review

---

⭐ 5  **Order up for wide feet**

**Comments about Tasman Slipper**                                               **Submitted** 11 months ago
I love these slippers. Just received them within the hour and don't think I will take them off any time soon! They stay on your feet and don't shuffle like some    **By** Cold feet!
slippers with this type of heel. I am normally an 8-8.5 but have a wide foot so the 9 fits like a glove. I will be able to slip them over thin socks but not with my    **From** Austin, TX
hiking socks. I hate to say whether these feel too small/big/true to size because these fit great but I did go up in size because I know Ugg slippers tend to be
more narrow.

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?   👍 0   👎 0   Flag this review

---

⭐ 5  **I would buy this product again.**

This was perfect except it ran small.                                           **Submitted** 11 months ago
                                                                                **By** Em
**More Details** ⌄                                                              **From** Philadelphia pa

                                                                                ✅ **Verified Buyer**

Was this review helpful to you?   👍 0   👎 0   Flag this review

---

Displaying Reviews **1-5**   Back to Top                                                                                    Next »

## ASK QUESTIONS, SHARE ANSWERS

### Q&A (QUESTIONS & ANSWERS)                                                    **Ask a Question**

Search for answers to your question   [Search for...]

**Showing 10 out of 42 Questions**                                              Sort By  [ Newest ▼ ]

---

Asked by Sylvia  3 months ago    **Q:** How do I specify that I want the men's 9 In the Tasman style intstead of a women's 10? I don't see an option for that..

                                 ⊕ Add your answer

                                 ┃ 🛡 **Verified Reply - Desiree**
                                 ┃ Hello, and thank you for the inquiry! If you go to UGG.com website under Men's category/Slippers you will find the Tasman as a
                                 ┃ choice, which comes in 5 colors to choose from.
                                 ┃
                                 ┃ 👍 27   👎 52

                                 ⌄ Show 1 more answer

---

Asked by Jamie  2 months ago    **Q:** Can these be washed?

                                 ⊕ Add your answer

                                 ┃ 🛡 **Verified Reply - Product-Specialist**

You can clean them, but they are not machine washable.

👍 34   👎 9

Show 2 more answers

Asked by trisha  28 days ago

Q: Where are they made (Question)

⊕ Add your answer

🛡 Verified Reply - Product-Specialist

In regards to you inquiry, most UGG products are now made in Asia, as is the majority of all footwear sold in the United States, though a small number of our styles are manufactured in the USA. Our Australian manufacturing sources simply could not handle the volume of products we now create, and we made the decision to shift our production facilities to Asia over 10 years ago in an effort to meet the growing demand for our brand. Despite that, we continue to source the high-quality sheepskin used to manufacture our Classic Collection and other styles from Australia, New Zealand, the USA, the UK, and Ireland. Additionally, our quality standards have not changed-- the boots we make in Asia are as high (if not higher) in quality than anything we have ever made.

👍 30   👎 122

Show 1 more answer

Asked by Bella  18 days ago

Q: I am looking for shearling lined only. How can I tell if they are or not? It mentions shearling and uggpure in the description. (Question)

⊕ Add your answer

🛡 Verified Reply - Product-Specialist

The Tasman does not feature shearling. Look for an item description with "twinface sheepskin" - that is another way of saying shearling. They will mostly be found in our "Classic" styles.

👍 19   👎 8

Asked by DD chitown  8 days ago

Q: How high is the heel and how does that compare to the height of the rest of the shoe? (Question)

⊕ Add your answer

🛡 Verified Reply - Product-Specialist

There isn't really a drop in this shoe, so expect close to zero drop. We do not have the measurements for the heel height.

👍 14   👎 11

Asked by Deborah K  1 month ago

Q: Do these slippers have an arch? (Question)

⊕ Add your answer

🛡 Verified Reply - Product-Specialist

These do not have an arch.

👍 15   👎 17

Asked by Ddd  2 months ago

Q: They are water proof ? (Question)

⊕ Add your answer

🛡 Verified Reply - Product-Specialist

These are not waterproof.

👍 16   👎 13

Asked by meggy1831  2 months ago

**Q**o you wear these slippers with socks or no socks? (Question)

⊕ Add your answer

🛡 **Verified Reply - Product-Specialist**
We suggest wearing these without socks, but you are welcome to wear socks if you prefer.

👍 28    👎 7

⌄ Show 2 more answers

Asked by Thomas  2 months ago

**Q**Where are they made? (Question)

⊕ Add your answer

🛡 **Verified Reply - Product-Specialist**
Most of our products are made in China, but some are made in the Phillipines and Vietnam.

👍 3    👎 14

Asked by Ivelisse  2 months ago

**Q**Hi, some of the UGG slippers I have gotten in the past had the tag on the heal which bothered my feet. I looked at the images (Question)and it doesn't appear that the Tasman has a tag on the heal. I wanted to verify before I purchased them.

⊕ Add your answer

🛡 **Verified Reply - Product-Specialist**
Yes, the Tasman slipper has the UGG logo tag on the heel of the slipper.

👍 1    👎 1

⌄ Show more Q&A (Questions & Answers)

## ASK QUESTIONS, SHARE ANSWERS